

**United States Bankruptcy Court**
**District of Connecticut**



In re:   TANEKA THURSTON          Case Number: 23-20125-JJT
                                                        Chapter: 13

          Debtor(s)

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS
### OR UNDISTRIBUTED SMALL DIVIDENDS
*D. Conn. Bankr. L. R. 3011-1*

A trustee must file this form when depositing unclaimed funds into the Court Registry without court order in accordance with 11 U.S.C. ' 347(a) and Fed. R. Bankr. P. 3011 and may also use this form when depositing undistributed small dividends into the Court Registry pursuant to Fed. R. Bankr. P. 3010.

*(Check as applicable)*

☐ **Undistributed Small Dividends** - The dividend(s) payable to the entity(ies) listed in this Notice is (are) in an amount described in Fed. R. Bankr. P. 3010.

☒ **Unclaimed Dividends** - The undersigned trustee reports that more than ninety (90) days have passed since the final distribution, and I have made a reasonable effort to locate those entities who did not cash their check(s) within 90 days of the final distribution or whose check(s) was (were) returned as undeliverable. The dividend(s) payable to the entity(ies) listed in this form remain(s) unclaimed.

Pursuant to 11 U.S.C. ' 347, 28 U.S.C. ' 2041, and Fed. R. Bankr. P. 3010, the undersigned trustee submits funds in the total amount shown at the bottom of this Notice for deposit into the Court Registry.

The undersigned trustee certifies he/she has (check which applies):

☐          Deposited funds in the amount of $
            with the Court through Pay.gov, and has attached the Pay.gov confirmation
            evidencing the deposit[1]; or

☒          Mailed to the Court, a check in the amount of $4,294.78.
            payable to the *Clerk, United States Bankruptcy Court*.

---

[1] Funds must be deposited through Pay.gov on the same date this Notice is filed.

The individual(s) or entity(ies) listed below together with their last known address pursuant to Fed. R. Bankr. P. 3011 are believed to be the owner(s) of record of such funds as of the date of this Notice.

| Full Name | Last Known Mailing Address | Undistributed Small Dividend Amount *Fed. R. Bankr. P.* | Unclaimed Dividend Amount *11 U.S.C. '347, Fed. R. Bankr. P. 3011(a)(2)* | Claims Register Claim Number, *if* |
|---|---|---|---|---|
| TANEKA THURSTON | 9 BOXWOOD LANE GLASTONBURY, CT 06033 | | $4,294.78 | |
| **Totals** | | .00 | $4,294.78 | |

Dated: July 15, 2026

*/s/ Roberta Napolitano, Trustee*
Roberta Napolitano, Trustee
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Email: rnapolitano@ch13rn.com
Federal Bar No.: tr08378

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**Certificate of Service for Trustee's Notice of Deposit of Unclaimed Funds or Undistributed Small Dividends**

In re:   TANEKA THURSTON          Case Number: 23-20125-JJT
                                  Chapter: 13

         Debtor(s)

I hereby certify that a true and correct copy of the Trustee's Notice of Deposit of Unclaimed Funds or Undistributed Small Dividends was served pursuant to Local Bankruptcy Rule 3011-1, in the manner stated below.

1. **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to this Court's Administrative Procedures for Electronic Case Filing (Appendix A), the foregoing documents will be or were served using the Court's CM/ECF system via NEF with an embedded hyperlink to the documents. On July 15, 2026, I will confirm the CM/ECF docket for this bankruptcy case and will confirm that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On July 15, 2026, I served the following persons and/or entities at the last known addresses by placing a true and correct copy of the foregoing document in a sealed envelope in the U.S. mail, first class, postage prepaid, and addressed as follows:

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR EMAIL:** (state the method for each person or entity served): Pursuant to Fed. R. Civ. P. 5 and/or controlling Local Bankruptcy Rule, on July 15, 2026, I served the following persons or entities by personal delivery, overnight mail service, or (for those consenting in writing to such service method), by email with the foregoing documents as follows:

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 15, 2026          Roberta Napolitano          */s/ Roberta Napolitano*

1. **SERVED VIA NOTICE OF ELECTRONIC FILING (NEF)**:

ATTORNEY FOR THE DEBTOR(S): **RONALD CHORCHES, ESQ**.:
ronchorcheslaw@sbcglobal.net
**Kim McCabe, Assistant United States Trustee**
ustpregion02.nh.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL:**

**TANEKA THURSTON**
9 BOXWOOD LANE
GLASTONBURY, CT 06033

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, OR EMAIL:**